# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOHN BAKER**, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**PALMCO ADMINISTRATION, LLC d/b/a INDRA ENERGY**, a New York limited liability company, **PALMCO POWER PA, LLC d/b/a INDRA ENERGY**, a Pennsylvania limited liability company, and **PALMCO ENERGY PA, LLC d/b/a INDRA ENERGY**, a Pennsylvania limited liability company, **PALMCO ENERGY MA, LLC d/b/a INDRA ENERGY**, a Massachusetts limited liability company, **PALMCO POWER MA, LLC d/b/a INDRA ENERGY**, a Massachusetts limited liability company,<br><br>　　　　　　　　Defendants. | Case No. 1:20-cv-10284-DPW<br><br>**NOTICE OF SETTLEMENT** |

　　　　Plaintiff Baker hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. Plaintiff and Defendants have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's claims will be dismissed with prejudice.

The Parties are presently working to finalize a settlement agreement and believe a Stipulation of Dismissal will be filed within thirty (30) days.

                                                         Respectfully Submitted,

                                                         Respectfully submitted,

Dated: August 28, 2020                 **JOHN BAKER** individually and on behalf of all others similarly situated,

                                                         By: /s/          Patrick H. Peluso
                                                                One of Plaintiff's Attorneys

                                                       J. Steven Foley
                                                     Law Office of J. Steven Foley
                                                     100 Pleasant Street #100
                                                     Worcester, Massachusetts 01609
                                                     Telephone: 508-754-1042
                                                     Facsimile: 508-739-4051

                                                     Steven L. Woodrow*
                                                     swoodrow@woodrowpeluso.com
                                                     Patrick H. Peluso*
                                                     ppeluso@woodrowpeluso.com
                                                     Stephen A. Klein*
                                                     sklein@woodrowpeluso.com
                                                     Woodrow & Peluso, LLC
                                                     3900 East Mexico Ave., Suite 300
                                                     Denver, Colorado 80210
                                                     Telephone: (720) 213-0675
                                                     Facsimile: (303) 927-0809

                                                     Attorneys for Plaintiff and the Class
                                                     \* *Pro Hac Vice*

**Certificate of Service**

      I hereby certify that, on the date indicated below, the foregoing document (and any attachments or accompanying documents) was served via the Court's CM/ECF System on counsel for all parties who have appeared in this matter.

                                          /s/ Patrick H. Peluso

                                 Dated: August 28, 2020